# EXHIBIT A

## "Pain Relieving Lidocaine Patch (6 patches)"[1]

**Drug Facts**

**Active ingredient** .................................................... **Purpose**
Lidocaine 4.0% ..................................................... Topical anesthetic

**Use** Temporarily relieves minor pain.

**Warnings**
**For external use only**

**Do not use** ■ More than one patch on your body at a time ■ On cut, irritated or swollen skin ■ On puncture wounds ■ For more than one week without consulting a doctor ■ If you are allergic to any active or inactive ingredients ■ If pouch is damaged or opened.

**When using this product** ■ Use only as directed ■ Read and follow all directions and warnings on this carton ■ Do not allow contact with the eyes ■ Do not use at the same time as other topical analgesics ■ Do not bandage tightly or apply local heat (such as heating pads) to the area of use ■ Do not microwave ■ Dispose of used patch in manner that always keeps product away from children and pets. Used patches still contain the drug product that can produce serious adverse effects if a child or pet chews or ingests this patch.

**Stop use and consult a doctor if** ■ Condition worsens ■ Redness is present ■ Irritation develops ■ Symptoms persist for more than 7 days or clear up and occur again within a few days ■ You experience signs of skin injury, such as pain, swelling or blistering where the product was applied.

**If pregnant or breastfeeding,** ask a health professional before use.

**Keep out of reach of children and pets.** If swallowed, get medical help or contact a Poison Control Center right away.

**Directions** Adults and children 12 years of age and over:
Clean and dry affected area. Carefully remove backing from patch starting at a corner. Apply sticky side of patch to affected area. Use one patch for up to 12 hours. Discard patch after single use.
Children under 12 years of age: consult a physician.

**Other information**
Store in a clean, dry place outside of direct sunlight. Protect from excessive moisture.

---

[1] https://www.walgreens.com/store/c/walgreens-lidocaine-pain-relief-patches/ID=prod6386698-product (last accessed November 22, 2021).

## "Pain Relieving Lidocaine Patches"[2]



---

[2] https://www.walgreens.com/store/c/walgreens-lidocaine-pain-patches-assorted/ID=300394241-product (last accessed November 22, 2021).

## "Cool n' Heat Lidocaine Patch"[3]

### Drug Facts

**Active ingredient** .................................................. **Purposes**
Lidocaine 4.0% .................................................... Topical anesthetic
Menthol 1.0% ..................................................... Topical analgesic

**Use** Temporarily relieves minor pain.

**Warnings**
**For external use only**

**Do not use** ■ More than one patch on your body at a time ■ On cut, irritated or swollen skin ■ On puncture wounds ■ For more than one week without consulting a doctor ■ If you are allergic to any active or inactive ingredients ■ If pouch is damaged or opened.

**When using this product** ■ Use only as directed ■ Read and follow all directions and warnings on this carton ■ Do not allow contact with the eyes ■ Do not use at the same time as other topical analgesics ■ Do not bandage tightly or apply local heat (such as heating pads) to the area of use ■ Do not microwave ■ Dispose of used patch in manner that always keeps product away from children and pets. Used patches still contain the drug product that can produce serious adverse effects if a child or pet chews or ingests this patch.

**Stop use and consult a doctor if** ■ Condition worsens ■ Redness is present ■ Irritation develops ■ Symptoms persist for more than 7 days or clear up and occur again within a few days ■ You experience signs of skin injury, such as pain, swelling or blistering where the product was applied.

**If pregnant or breastfeeding,** ask a health professional before use.

**Keep out of reach of children and pets.** If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
Adults and children 12 years of age and over: Clean and dry affected area. Carefully remove backing from patch starting at a corner. Apply sticky side of patch to affected area. Use one patch for up to 12 hours. Discard patch after single use. Children under 12 years of age: consult a physician.

**Other information**
Store in a clean, dry place outside of direct sunlight. Protect from excessive moisture.

**Inactive ingredients**
aluminum glycinate, glycerin, kaolin, methylparaben, polyacrylic acid, polysorbate 80, propylene glycol, propylparaben, PVP, sodium polyacrylate, tartaric acid, titanium dioxide, water

*Walgreens* PHARMACIST RECOMMENDED
Trusted since 1901
Health expertise you rely on.™

†Walgreens Pharmacist Survey
††This product is not manufactured or distributed by Chattem, Inc., distributor of Icy Hot® Lidocaine Plus Menthol Patch.

---

[3] https://www.walgreens.com/store/c/walgreens-cool-n'-heat-lidocaine-patches/ID=300394238-product (last accessed November 22, 2021)

## "Pain Relieving Lidocaine Patch (5 patches)"[4]

### Drug Facts

**Active ingredient** ............................................................................................................................... **Purpose**
Lidocaine 4.0% ........................................................................................................................... Topical anesthetic

**Use** Temporarily relieves minor pain.

**Warnings**
**For external use only**

**Do not use** ■ More than one patch on your body at a time ■ On cut, irritated or swollen skin ■ On puncture wounds ■ For more than one week without consulting a doctor ■ If you are allergic to any active or inactive ingredients ■ If pouch is damaged or opened.

**When using this product** ■ Use only as directed ■ Read and follow all directions and warnings on this carton ■ Do not allow contact with the eyes ■ Do not use at the same time as other topical analgesics ■ Do not bandage tightly or apply local heat (such as heating pads) to the area of use ■ Do not microwave ■ Dispose of used patch in manner that always keeps product away from children and pets. Used patches still contain the drug product that can produce serious adverse effects if a child or pet chews or ingests this patch.

**Stop use and consult a doctor if** ■ Condition worsens ■ Redness is present ■ Irritation develops ■ Symptoms persist for more than 7 days or clear up and occur again within a few days ■ You experience signs of skin injury, such as pain, swelling or blistering where the product was applied.

**If pregnant or breastfeeding,** ask a health professional before use.

**Keep out of reach of children and pets.** If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
Adults and children 12 years of age and over: Clean and dry affected area. Carefully remove backing from patch starting at a corner. Apply sticky side of patch to affected area. Use one patch for up to 12 hours. Discard patch after single use. Children under 12 years of age: consult a physician.

**Other information**
Store in a clean, dry place outside of direct sunlight. Protect from excessive moisture.

**Inactive ingredients**
aluminum glycinate, glycerin, kaolin, methylparaben, polyacrylic acid, polysorbate 80, propylene glycol, propylparaben, PVP, sodium polyacrylate, tartaric acid, titanium dioxide, water





Health expertise you rely on.™

[I] Walgreens Pharmacist Survey
[II] This product is not manufactured or distributed by Chattem, Inc., distributor of Aspercreme® Maximum Strength Lidocaine Patch.

---

[4] https://www.walgreens.com/store/c/walgreens-lidocaine-patches/ID=300394242-product (last accessed November 22, 2021).