UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TOPOREK,
                Plaintiff,

-v-

WALGREEN, CO.,
                Defendant.

21-CV-10603 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 13, 2023, the Court so ordered the Stipulation of Voluntary Dismissal signed by Plaintiff Delenator Stevens and Defendant Walgreen, Co. (Dkt. No. 39.)

Because Consolidated Plaintiff Michael Toporek has not terminated his action against Defendant, the Clerk of Court is directed to re-open the case on the docket while terminating Plaintiff Delenator Stevens.

All deadlines previously ordered in the Case Management Plan and Scheduling Order at Docket Number 26 are unchanged.

SO ORDERED.

Dated: January 20, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge