UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Michael Toporek, individually and on behalf of all others similarly situated,

   Plaintiff,

v.

WALGREEN CO.,

   Defendant.

Case No. 1:21-cv-10603-JPO

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between all parties in the above entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed with prejudice, without costs to any party as against the other. All parties shall bear their own attorneys' fees and waive all rights of appeal.

Dated: March 5, 2024

_/s/ Jason Sultzer_
Jason Sultzer
The Sultzer Law Group, P.C.
*Attorney for Plaintiff*
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
sultzerj@thesultzerlawgroup.com

_/s/ Sara_
Deborah H. Renner
Sara Gates
Dentons US LLP
*Attorney for Defendant*
1221 Avenue of the Americas
New York, NY 10020
deborah.renner@dentons.com
sara.gates@dentons.com

So ordered.
The Clerk of Court is directed to close this case.
 Dated:  4/9/2024

_/s/ J. Paul Oetken_
J. PAUL OETKEN
United States District Judge